## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | ) | **Chapter 7** |
| | ) | **Case No. 10 B 30688** |
| **KIM JAY BRAUNSTEIN,** | ) | |
| | ) | **Hon. Bruce W. Black** |
| Debtor. | ) | **Hearing Date:  December 21, 2012** |
| | ) | **Hearing Time:  9:15 a.m.** |

### NOTICE OF HEARING

TO:    SEE ATTACHED SERVICE LIST

On December 21, 2012 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall

appear before the Honorable Bruce W. Black, or any judge sitting in his stead, in the Courtroom

usually occupied by him in the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet,

Illinois, and shall then and there present the **FIRST AND FINAL FEE APPLICATION FOR**

**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**

**LEVENFELD PEARLSTEIN AS COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR**

**THE PERIOD OF DECEMBER 1, 2011 THROUGH NOVEMBER 30, 2012**, a copy of

which is attached hereto and hereby served upon you.

Dated:  November 30, 2012

Steve Jakubowski (ARDC # 6191960)
Levenfeld Pearlstein, LLC
2 North LaSalle, Suite 1300
Chicago, IL 60602
T: 312.346-8380
F: 312.346.8434
sjakubowski@lplegal.com

*Counsel for Chapter 7 Trustee, Bradley*
*J. Waller*

## CERTIFICATE OF SERVICE

I, Steven R. Jakubowski, an attorney, do hereby certify that on November 30, 2012, I caused true and correct copies of the attached **FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEVENFELD PEARLSTEIN AS COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF DECEMBER 1, 2011 THROUGH NOVEMBER 30, 2012** to be served as upon the parties listed below in the manner so indicated. Service by mail was effected by depositing the same on November 30, 2012 in the United States mail, postage prepaid:

## VIA EMAIL THROUGH ECF NOTIFICATION:

Bradley J. Waller, Chapter 7 Trustee
Klein, Stoddard, Buck, Waller & Lewis LLC
2045 Aberdeen Court
Sycamore IL 60178
TX (815) 748-0380
VIA EMAIL bjwtrustee@ksbwl.com

Patrick Layng, US trustee
219 S. Dearborn St., Room 873
Chicago IL 60604-2027
TX (312) 886-5785
VIA EMAIL pat.s.layng@usdoj.gov

Robert Chapman
Chapman & Spingola
77 W. Wacker Dr., Suite 4800
Chicago IL 60601
TX (312) 630-9202
VIA EMAILrchapman@chapmanspingola.com

Richard Wohlleber, Counsel for Harris N.A.
(Harris Trust and Savings) –
Chapman and Cutler LLP
111 W. Monroe St.
Chicago IL 60603-4080
TX (312) 845-3000
VIA EMAIL wohlleber@chapman.com

Arnold Newman, Counsel for Mizrahi Family
Newman Boyer & Statham Ltd.
18400 Maple Creek Dr.
Tinley Park IL 60477
TX (708) 444-4322
VIA EMAIL anewman@nbslaw.com;
tricia@nbslaw.com

Cari Kauffman
Codilis & Associates PC
15W030 North Frontage Rd.
Burr Ridge IL 60527-6921
TX (630) 794-5300
VIA EMAIL cari.kauffman@il.cslegal.com

Ian Braunstein
1726 Ridge Rd.
Homewood IL 60430
TX (708) 288-7000
VIA EMAIL ianbraunstein1@gmail.com

Mark Hickey
7220 W. 194th St., Suite 101
Tinley Park IL 60487
TX (815) 464-7232
VIA EMAIL mark@markthickey.com

Betty Jones
20020 Western Ave.
Olympia Fields IL 60461-1207
VIA EMAIL bettyjones_1@msn.com

Eric Koorngroot
2613 Rhodes Ave.
River Grove IL 60171-1642
VIA EMAIL office@ejkservices.com

Robert Sugar
1725 Lynwood Court
Flossmoor IL 60422-1931
VIA EMAIL rsugar@sugarsteel.com

Bruce Weatherhead
800 Redwood
Glenview IL 60025-4463
VIA EMAIL weatherhead@howardlehigh.com

Bank of America
PO Box 15026
Wilmington DE 19850-5026
VIA ECF DELIVERY
BANKAMER.COM

Chase Bank
PO Box 15298
Wilmington DE 19850-5298
VIA ECF DELIVERY
CHASE.COM

Citicorp, Citi Card
PO Box 6000
The Lakes NV 89163-0001
VIA ECF DELIVERY
CITICORP.COM

First National Bank of Illinois
Trust Department
3256 Ridge Road
Lansing, Illinois 60438
VIA U.S. REGULAR MAIL

Citicorp, CitiBusiness Card and Citicorp Credit
Services
PO Box 688901
Des Moines IA 50368-8901
VIA ECF DELIVERY
CITICORP.COM

Discover Financial Services
PO Box 30943
Salt Lake City UT 84130
VIA ECF DELIVERY
DISCOVER.COM

Department of the Treasury – Internal Revenue
Service, Centralized Insolvency Operations
PO Box 21126
Philadelphia PA 19114
VIA ECF DELIVERY
IRS.COM

Citicorp Credit Services
P.O. Box 141029
Irving, TX 75014-9897
VIA U.S. REGULAR MAIL

## VIA US MAIL

HSBC Card Services
Customer Billing Center
Salinas, CA 93922-0082

Paul Weatherhead, Esq.
10 South LaSalle Street, Suite 1130
Chicago, Illinois 60602

Citicorp Credit Services
P.O. Box 141029
Irving, TX 75014-9897

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Mizrahi Family
C/O Arnold Newman, Esq.
18400 Maple Creek Drive, Ste. 500
Tinley Park, IL 60477-3016

JPMorgan Chase Bank, National Association
c/o Codilis and Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Ariel Weissberg
Weissberg & Associates Ltd
401 S Lasalle St-Ste 403
Chicago, IL 60605-2993

Korngoot Real Estate Holdings 1, LLC
2 N. LaSalle, Suite 1800
Chicago, IL 60602-3967

Kim Jay Braunstein
20533 Abbey Drive
Frankfort, IL 60423-3124

JPMorgan Chase
35 Wacker Drive
Chicago, IL 60603

Ian Braunstein
20020 S Western Avenue
Olympia Fields, IL 60461-1207

HSBC Card Services
Customer Billing Center
Salinas, CA 93912

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Harris N.A.
111 W. Monroe St.
Chicago, IL 60603-4095

Robert L Allen
Kosteck & Allen Ltd Robert L. Allen Ltd
12820 S Ridgeland
Palos Heights, IL 60463-2388

Aaron Penna
Attorney at Law
1726 Ridge Rd
Homewood, IL 60430-1845

Kim Braunstein Inc
20533 Abbey Drive
Frankfort, IL 60423-3124

K2 Development LLC II
Chapman & Spingola
77 W Wacker Dr., Ste. 4800
Chicago, IL 60601-1664

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Harris Trust & Savings
111 West Monroe Street
Chicago, IL 60603-4095

Evergreen Funding, Inc.
c/o Robert A. Chapman
Chapman & Spingola
77 W. Wacker, Suite 4800
Chicago, IL 60601-1664

Chase Home Finance LLC
c/o Codilis and Associates
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *In re*: | )    **Chapter 7** |
| | )    **Case No. 10 B 30688** |
| **KIM JAY BRAUNSTEIN,** | ) |
| | )    **Hon. Bruce W. Black** |
| **Debtor.** | )    **Hearing Date:  December 21, 2012** |
| | )    **Hearing Time: 9:15 a.m.** |

**FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
LEVENFELD PEARLSTEIN AS COUNSEL FOR THE CHAPTER 7 TRUSTEE
FOR THE PERIOD OF DECEMBER 1, 2011 THROUGH NOVEMBER 30, 2012**

Name of Applicant:  <u>Levenfeld Pearlstein, LLC</u>

Authorized to Provide Professional Services to: <u>Chapter 7 Trustee</u>

Date of Retention: <u>Order entered January 13, 2012 *Nunc Pro Tunc* to December 1, 2011</u>

Period for Which Compensation is sought:  <u>December 1, 2011 - November 30, 2012</u>

Amount of Fees Sought:  <u>$63,892.00</u>

Amount of Expenses Sought for Reimbursement:  <u>$264.45</u>

TOTAL OF COMPENSATION SOUGHT:  $ <u>64,156.45</u>

This is a ___monthly: ___ quarterly: <u>X</u> final application

This is the Levenfeld Pearlstein's First and Final Fee Application in this case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re*: | ) | **Chapter 7** |
| | ) | **Case No. 10 B 30688** |
| **KIM JAY BRAUNSTEIN,** | ) | |
| | ) | **Hon. Bruce W. Black** |
| Debtor. | ) | **Hearing Date:  December 21, 2012** |
| | ) | **Hearing Time:  9:15 a.m.** |

**FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
LEVENFELD PEARLSTEIN AS COUNSEL FOR THE CHAPTER 7 TRUSTEE
FOR THE PERIOD OF DECEMBER 1, 2011 THROUGH NOVEMBER 30, 2012**

Levenfeld Pearlstein, LLC ("**Levenfeld**"), counsel for the Chapter 7 Trustee, Bradley J. Waller, ("**Trustee**"), in this Chapter 7 case of Kim Jay Braunstein (the "**Debtor**"), hereby files its First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "**Application**") for legal services rendered on behalf of the Trustee during the period from December 1, 2011 through November 30, 2012 (the "**Application Period**"), pursuant to §§ 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**").  By this Application, Levenfeld seeks approval and allowance of compensation of fees in the amount of $63,892.00 and reimbursement of expenses in the amount of $264.45, for a total of $64,156.45.  These amounts represent 100% of the actual fees and expenses incurred by Levenfeld for legal services rendered on behalf of the Trustee during the Application Period and represent the actual and necessary legal services rendered by Levenfeld on behalf of the Trustee during the Application Period.

In support of this Application, Levenfeld respectfully states as follows:

## Jurisdiction

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory bases for the relief sought herein are Bankruptcy Code §§ 327(a), 330, and Rule 2014(a) of the Bankruptcy Rules.

## Background

2.     On July 7, 2010, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.  On July 29, 2010, Bradley J. Waller was appointed as the Chapter 7 Trustee in this matter. [Dkt. 24].

3.     On November 18, 2011, the Trustee retained the Coleman Law Firm as special counsel *nunc pro tunc* to November 10, 2011 to the Chapter 7 Trustee [Dkt. 177], to represent the Trustee on matters arising from litigation with the Debtor, including the Debtor's appeal of this Court's July 11 order approving the 363 Sale of assets to Evergreen Funding (the "**Sale Order**").

4.     Per this Court's January 13, 2012 Order (the "**Substitution Order**"), Levenfeld substituted in as special litigation counsel to the trustee, *nunc pro tunc* to December 1, 2011, in place of The Coleman Law Firm to represent the Trustee on all matters for which The Coleman Law Firm had been originally retained.  [Dkt. 196].

## RELIEF REQUESTED

5.     This is Levenfeld's First and Final Fee Application.  The Application covers the time period between December 1, 2011 and November 30, 2012.

6.     Levenfeld has rendered actual and necessary legal services to the Trustee in connection with the enforcement of the Sale Order.  Since the entire value of the estate derived

from the $115,000 in net proceeds obtained from the buyer after entry of the Sale Order, it was necessary for the Trustee to defend the integrity of the sale. As noted at the hearing on the 363 sale, the proceeds from the sale yielded significantly more value to the estate (even after allowing for payment of the fees requested herein) than the Trustee originally anticipated would be obtained when he filed the sale motion.

7.      As the Court is well aware, the Debtor appealed every order entered by this Court related to the sale and sought in multiple ways to undermine the integrity of the Court's order in state court by objecting to dismissals of causes of action that had been purchased in the 363 sale and subsequently appealing those dismissals. The Debtor also appealed this Court's denial of his motion to convert the case to chapter 11 and this Court's entry of Substitution Order.

8.      Counsel believes that the Debtor's scorched earth approach was designed to drain the estate of its resources and render it incapable of defending the Sale Order. Levenfeld's work on behalf of the Trustee in responding to, frustrating, and ultimately defeating the Debtor's scorched earth strategy is described below and detailed in the attachments hereto

9.      Levenfeld contemporaneously recorded time and expense into the following four categories: (1) Appeal of Bankruptcy Sale; (2) Appeal of Retention Order; (3) Injunction Proceeding; and (4) Conversion Appeal. The time expended in each of the billing categories is set forth in Exhibit A through D attached hereto, and is summarized as follows:

| PROFESSIONAL | SPECIALTY | HOURLY RATE | TOTAL HOURS | TOTAL VALUE |
|---|---|---|---|---|
| Mitch Bryan | Litigation Ptr. | $450.00 | .2 | $90.00 |
| Steven R. Jakubowski | Bankruptcy Ptr. | $375.00 | 161.30 | $60,487.50 |
| Elizabeth B. Vandesteeg | BK Associate | $360.00 | .7 | $252.00 |
| Yolanda Pinkney | Paralegal | $200.00 | 13.30 | $2,660.00 |
| Izabela Kropiewnicka | Legal Assistant | $115.00 | 3.5 | $402.50 |

10.     The hourly rates listed above (except for Mr. Jakubowski) are the customary charges of Levenfeld's attorneys, paralegals, and legal assistants.  The hourly rate for Mr. Jakubowski is significantly below his current billing rate and was agreed to as an accommodation to the Trustee when Mr. Jakubowski was at The Coleman Law Firm on account of the estate's limited resources.  The fees sought by Levenfeld in each of four billing categories are summarized as follows:

| EXHIBIT | TITLE OF CATEGORY | FEES SOUGHT | EXPENSES SOUGHT |
|---------|-------------------|-------------|-----------------|
| A | Appeal of Bankruptcy Sale | $21,372.00 | $46.80 |
| B | Appeal Of Retention Order | $9,835.00 | $74.55 |
| C | Injunction Proceeding | $25,897.50 | $131.00 |
| D | Conversion Appeal | $6,787.50 | $12.10 |

11.     The tasks performed and time expended by each Levenfeld professional for each of the listed categories, along with expenses incurred, are set forth in the attached exhibits and are summarized as follows:

**EXHIBIT A:  APPEAL OF BANKRUPTCY SALE**

12.     This category includes time spent dealing with the Debtor's appeal of the Sale Order to both the District Court and the Seventh Circuit, including the filing of motions to dismiss based on mootness, lack of subject-matter jurisdiction, and lack of standing.  Levenfeld spent 58.30 hours of attorney and paralegal time (SRJ: 55.10; EBV: .70; YXP: 2.0; IK: .70) on the foregoing services, as more fully described in **Exhibit A**, representing a total of $21,372.00 for which Levenfeld seeks to be compensated.  For this work, the estate achieved a full dismissal of the appeal by the District Court.  In addition, Levenfeld anticipates that the Debtor's pending appeal of the Sale Order before the Seventh Circuit will be dismissed based on a pending motion filed seeking to dismiss the Debtor's consolidated appeals of the Sale Order and the orders of this Court and the District Court denying the Debtor's motions to enjoin the sale.

**EXHIBIT B:  APPEAL OF RETENTION ORDER**

13.     This category includes time spent responding to the Debtor's appeal of the
Substitution Order, which was successfully dismissed based on Levenfeld's motion to dismiss
the appeal as interlocutory.  This category also includes time spent preparing this first and final
fee application.  Levenfeld spent 31.80 hours of attorney and paralegal time (SRJ: 20.30; MB:
.20; YXP: 9.80; IK: 1.50) on the foregoing services, as more fully described in **Exhibit B**,
representing a total of $9,835.00 for which Levenfeld seeks to be compensated.

**EXHIBIT C:  INJUNCTION PROCEEDING**

14.     This category includes time spent responding to the Debtor's persistent violations
of the Sale Order by, among other things, (i) filing of a motion before this Court for injunctive
relief, (ii) filing a response to the Debtor's motion to vacate and stay this Court's order granting
injunctive relief, (iii) filing a motion to dismiss the subsequent appeal of those orders to the
District Court, (iv) attendance at mediation proceedings ordered by the Seventh Circuit, and (v)
filing of a motion for contempt with this Court.  Levenfeld spent 70.80 hours of attorney time
(SRJ: 67.80; YXP: 1.50; IK: 1.50) on the foregoing services, as more fully described in **Exhibit
C**, representing a total of $25,897.50 for which Levenfeld seeks to be compensated.  For this
work, the estate achieved dismissal of the appeal by the District Court, assistance in its efforts to
mediate a global resolution of the dispute between the Debtor and the buyer of the claims in the
363 sale, and—through the contempt motion—a stop to the multiplicity of actions driving the
pending state court proceedings.

**EXHIBIT D:  CONVERSION APPEAL**

15.     This category includes time spent responding to the Debtor's appeal of this
Court's order denying the Debtor's motion to convert the case to chapter 11 by filing of a motion

to dismiss the appeal with the District Court. Levenfeld spent 18.10 hours of attorney time (SRJ: 18.10) on the foregoing services, as more fully described in **Exhibit D**, representing a value of $6,787.50 for which Levenfeld seeks to be compensated. For this work, the estate achieved a dismissal of the appeal by the District Court.

16.     In sum, during the Application Period, Levenfeld expended a total of 179.00 billable hours for actual and necessary services rendered on behalf of the estate and advanced out-of-pocket expenses totaling $264.45. An itemized account of the amounts spent is contained in the invoices attached hereto as **Exhibit E**.

17.     Levenfeld respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the skill required, and the costs of comparable services in other cases.

18.     Based on the hourly charges of Levenfeld set forth above, Levenfeld requests that the Court determine and allow it $63,892.00 as compensation, and $264.45 for the reimbursement of its reasonable out-of-pocket expenses pursuant to §§ 330 and 331 of the Bankruptcy Code.

19.     Levenfeld provided a copy of this Application to all of creditors of the estate as reflected in the Debtor's schedules and to other parties requesting notice in this case.

20.     No prior request for the relief sought in the Application has been made to this or any other court.

21.     Except as set forth herein, Levenfeld has not previously sought compensation or reimbursement of expenses in connection with this case.

22.     Levenfeld has not shared and will not share with others compensation for services rendered in this case, except for the sharing of such compensation among the partners of the Levenfeld, as permitted by Federal Rule of Bankruptcy Procedure 2016.

WHEREFORE, Levenfeld requests that an order be entered as follows (i) approving and allowing Levenfeld the aggregate amount of $63,892.00 in compensation for fees for the period of December 1, 2011 through November 30, 2012, (ii) approving and allowing Levenfeld reimbursement of $264.45 of actual and necessary expenses incurred in connection with such services for the same period, (iii) approving such amounts as an administrative expense in this case, and (iv) granting such other and further relief as may be just and appropriate.

Dated:   November 30, 2012                    Respectfully submitted,

                                             *Counsel for Chapter 7 Trustee, Bradley J. Waller*

                                             By: */s/ Steve Jakubowski*
                                             Steve Jakubowski (ARDC # 6191960)
                                             LEVENFELD PEARLSTEIN, LLC
                                             2 N. LaSalle Street, Ste. 1300
                                             Chicago, IL 60602
                                             Tel: 312-346-8380
                                             Fax: 312-346-8434
                                             sjakubowski@lplegal.com

# <u>EXHIBIT A</u>

# APPEAL OF BANKRUPTCY SALE

# Transactions Fee Petition Summary

**matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees**

|  | Units | Ext. Amount |
|---|---|---|
| Matter ID: 38630-89811 | | |
| Professional: Jakubowski, Steven R. | | |
| | 55.10 | 20,662.50 |
| Professional: Kropiewnicka, Izabela | | |
| | 0.50 | 57.50 |
| Professional: Pinkney, Yolanda | | |
| | 2.00 | 400.00 |
| Professional: Vandesteeg, Elizabeth B. | | |
| | 0.70 | 252.00 |
| | 58.30 | 21,372.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF BANKRUPTCY SALE**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 38630-89811**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 12/5/2011 | SRJ | Revise affidavit and pleading re state court filing re appeal briefing | T | 0.90 | 375.00 | 337.50 |
| 12/14/2011 | SRJ | Review pleading filed by debtor in state court to stay proceedings; email to client re same | T | 0.20 | 375.00 | 75.00 |
| 12/16/2011 | SRJ | Conference with B. Waller regarding strategies for handling of issues on appeal (.5); review pleadings in state court, bankruptcy rules, and consider options in advance of same (.3) | T | 0.80 | 375.00 | 300.00 |
| 12/19/2011 | SRJ | Conference with R. Chapman re status of state court proceedings (.2); email to client re strategies associated with same (.2) | T | 0.40 | 375.00 | 150.00 |
| 12/27/2011 | SRJ | Draft counter-designation of record and issues for appeal re retention order and file and serve same | T | 1.40 | 375.00 | 525.00 |
| 12/30/2011 | SRJ | Draft and file amended c/s for counter designation | T | 0.30 | 375.00 | 112.50 |
| 1/4/2012 | SRJ | Attend hearing before Judge Der-Yeryighian, including post-hearing conference with Braunstein's new counsel regarding scheduling | T | 1.40 | 375.00 | 525.00 |
| 1/5/2012 | SRJ | Pull down docketing of appeal, emails to J. Defini re transcript request, review deadlines per rules, email client re same, email to clerk of district court regarding transcript for inclusion in record on appeal | T | 0.30 | 375.00 | 112.50 |
| 1/6/2012 | IK | Obtain hearing transcript from U.S. Bankruptcy Court. | T | 0.50 | 115.00 | 57.50 |
| 1/31/2012 | SRJ | Conference with client regarding strategies for appeals of 363 sale, retention orders, and filing of adversary seeking injunctive relief | T | 0.30 | 375.00 | 112.50 |
| 2/28/2012 | SRJ | Draft motion to dismiss appeal as moot (.6) and pull relevant pleadings, orders, and background documents from record for drafting of brief and commence draft of brief in support of motion to dismiss (1.7); review request for extension of time to brief by appellant and email to client re same (.1) | T | 2.40 | 375.00 | 900.00 |
| 2/29/2012 | EBV | Conference with S. Jakubowski regarding case status and upcoming hearing on debtor's motion to extend time to file appeal brief; review relevant underlying pleadings and order to prepare for argument at same. | T | 0.70 | 360.00 | 252.00 |
| 3/2/2012 | SRJ | Review debtor's amended pleading for extension, court's calendar and discuss same with E. | T | 0.20 | 375.00 | 75.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF BANKRUPTCY SALE**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| | | Vandesteeg | | | | |
| 3/4/2012 | SRJ | Complete and revise first draft of brief in support of motion to dismiss sale appeal and circulate for comment to client | T | 5.50 | 375.00 | 2,062.50 |
| 3/5/2012 | SRJ | Additional revisions to brief for motion to dismiss (2.2) and multiple final revisions and edits to brief and motion to finalize for filing (1.8) | T | 4.00 | 375.00 | 1,500.00 |
| 3/17/2012 | SRJ | Review Braunstein motion to extend time and consider response to same and review bankruptcy rules re timing of stay motions (.2); email to client with comprehensive strategies for all pending appeals (.3) | T | 0.50 | 375.00 | 187.50 |
| 3/19/2012 | SRJ | Outline arguments for response to motion for extension | T | 0.20 | 375.00 | 75.00 |
| 3/19/2012 | SRJ | Review Braunstein motion for injunction (.1); email to B. Waller re responsive arguments and strategies for handling before court to minimize cost to estate (.3) | T | 0.40 | 375.00 | 150.00 |
| 3/20/2012 | SRJ | Conference with B. Waller re objection to motion for injunction | T | 0.10 | 375.00 | 37.50 |
| 3/21/2012 | SRJ | Outline arguments in opposition to Braunstein motion to stay sale and draft objection to same (.3); draft, revise, and finalize for filing the Trustee's objection to motion to stay sale and bankruptcy proceedings (1.9) | T | 2.20 | 375.00 | 825.00 |
| 4/3/2012 | SRJ | Review pleading response to motion to dismiss appeal of the sale order | T | 0.20 | 375.00 | 75.00 |
| 4/3/2012 | SRJ | Review of motion to stay sale order and bankruptcy proceedings | T | 0.20 | 375.00 | 75.00 |
| 4/8/2012 | SRJ | Review briefs and outline responses re motion to stay sale and reply brief on motion to dismiss sale appeal | T | 1.10 | 375.00 | 412.50 |
| 4/10/2012 | SRJ | Draft and revise reply brief in support of motion to dismiss sale appeal for filing (3.0) and research re non dischargeability and standing issue (.7) | T | 3.70 | 375.00 | 1,387.50 |
| 4/10/2012 | SRJ | Draft and revise response to motion to stay bankruptcy and sale for filing (.9); review docket re hearing status and motion to renotice, call to court deputy (.3) | T | 1.20 | 375.00 | 450.00 |
| 4/18/2012 | SRJ | Review minute order and conference with R. Chapman re status of proceedings | T | 0.20 | 375.00 | 75.00 |
| 5/18/2012 | YXP | Review the 7th Circuit for the 26.1 Disclosure Statement form and all attorneys of record; Develop strategy with N. Bailey regarding same; Draft 26.1 Disclosure Statement; Electronically filed the 26.1 | T | 1.00 | 200.00 | 200.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF BANKRUPTCY SALE**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| | | Disclosure Statement with the 7th Circuit. | | | | |
| 5/22/2012 | SRJ | Call to settlement conference office of 7th Circuit to discuss letter of May 17 | T | 0.10 | 375.00 | 37.50 |
| 5/23/2012 | SRJ | Conference with J. Shapiro, 7th Circuit settlement counsel (.5); emails to/from client re call and scheduling requirements (.3) | T | 0.80 | 375.00 | 300.00 |
| 5/31/2012 | SRJ | Review disclosure statement and rules for filing same and discuss with N. Bailey and Y. Pickney (.2); review rules for docketing statement and review recent case on jurisdictional issues associated with appeals of bankruptcy sale orders (.4) | T | 0.60 | 375.00 | 225.00 |
| 6/4/2012 | SRJ | Prepare for settlement conference in the 7th Circuit re sale appeal, review requirements and email to client re same (.3); prepare for same with client (.2); further review of 2d circuit Gucci case and related cases re jurisdiction (.4) | T | 0.90 | 375.00 | 337.50 |
| 6/6/2012 | SRJ | Attend 7th Circuit settlement conference | T | 2.50 | 375.00 | 937.50 |
| 6/6/2012 | SRJ | Conference with B. Waller re settlement conference and strategies to pursue relative to same (.4); follow up conference with B. Waller re his conference with A. Penna and strategies to pursue re same (.4) | T | 0.80 | 375.00 | 300.00 |
| 6/13/2012 | SRJ | Conference with 7th circuit | T | 0.70 | 375.00 | 262.50 |
| 6/25/2012 | SRJ | Review Penna declaration of malpractice assets for mediation, review sale order, and email to client with thoughts re same (.5); review pleading in state court re status report request by Braunstein and email to client re same (.2) | T | 0.70 | 375.00 | 262.50 |
| 6/25/2012 | SRJ | Review Gucci cases and progeny, including River East (7th) cases on lack of subject matter jurisdiction (1.1) and email to client re same (.1) | T | 1.20 | 375.00 | 450.00 |
| 6/27/2012 | SRJ | Conference with B. Waller in advance of settlement conference with 7th circuit (.2); conference with 7th circuit mediation (1.5); review results of same with B. Waller (.2) | T | 1.90 | 375.00 | 712.50 |
| 6/28/2012 | SRJ | Review 7th circuit rules and FRAP re requirements for filing of motions to dismiss (.6); draft motion to dismiss 7th circuit appeals (.7) | T | 1.30 | 375.00 | 487.50 |
| 7/31/2012 | SRJ | Review all pending appeals as background to preparation of docketing statement (.7); prepare docketing statement (1.5); revise same (.4); further revisions to exhibits necessary to complete filing (.2) | T | 2.80 | 375.00 | 1,050.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF BANKRUPTCY SALE**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 8/7/2012 | SRJ | Review documents of dismissal and review 7th circuit rules on effect of same | T | 0.30 | 375.00 | 112.50 |
| 8/14/2012 | SRJ | Call to Seventh Circuit re procedure for handling jurisdictional issues | T | 0.10 | 375.00 | 37.50 |
| 10/18/2012 | SRJ | Assemble documents relevant to filing of motion to dismiss pending 7th circuit. appeals | T | 0.50 | 375.00 | 187.50 |
| 10/25/2012 | SRJ | Review order of IL Supreme Court and email re same to client | T | 0.10 | 375.00 | 37.50 |
| 11/8/2012 | SRJ | Review complaint against Rosenbloom and emails with B. Waller re same | T | 0.30 | 375.00 | 112.50 |
| 11/13/2012 | SRJ | Draft appellate brief to 7th circuit on motion to dismiss appeal of sale order | T | 2.50 | 375.00 | 937.50 |
| 11/16/2012 | SRJ | Conference with Y. Pinkney re filing and review rules for filing motions to dismiss in 7th circuit (.2); revise motion for filing based on FRAP requirements and two careful proofreadings and related revisions to same (1.3) | T | 1.50 | 375.00 | 562.50 |
| 11/18/2012 | SRJ | Revise brief to add sections to address dismissal of Injunction Order Appeal in addition to Sale Order Appeal (2.3); revisions to same to finalize brief and exhibits for filing (1.1) | T | 3.40 | 375.00 | 1,275.00 |
| 11/19/2012 | SRJ | Extensive revisions to brief to incorporate Dismissal Order, and make arguments streamlined and consistent given multiple appeals (2.5); proofread and finalize for filing (.5) | T | 3.00 | 375.00 | 1,125.00 |
| 11/19/2012 | YXP | Develop strategy with S. Jakubowski regarding the Motion to Dismiss and Exhibits; Review and assemble Motion to Dismiss and Exhibits; Electronically filed Motion to Dismiss and Exhibits with the Seventh Circuit Court of Appeals. | T | 1.00 | 200.00 | 200.00 |
| 11/29/2012 | SRJ | Review motion to extend time to respond (.1) and draft and revise objection to same for client review (.9) | T | 1.00 | 375.00 | 375.00 |
| | | | Component Type: Fees | 58.30 | | 21,372.00 |
| | | | Matter ID: 38630-89811 | 58.30 | | 21,372.00 |

# EXHIBIT B

# APPEAL OF RETENTION ORDER

# Transactions Fee Petition Summary

**matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees**

| | Units | Ext. Amount |
|---|---|---|
| Matter ID: 38630-89813 | | |
| Professional: Bryan, Mitchell | | |
| | 0.20 | 90.00 |
| Professional: Jakubowski, Steven R. | | |
| | 20.30 | 7,612.50 |
| Professional: Kropiewnicka, Izabela | | |
| | 1.50 | 172.50 |
| Professional: Pinkney, Yolanda | | |
| | 9.80 | 1,960.00 |
| | 31.80 | 9,835.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF RETENTION ORDER**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 38630-89813**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 1/9/2012 | SRJ | Draft motion for substitution and additional retention for appeal of retention order | T | 0.70 | 375.00 | 262.50 |
| 1/10/2012 | SRJ | Draft revisions to motion and notice to add request for additional retention, draft affidavit and order for substitution and additional retention, email to client for approval (1.7); file same with Court (.1) | T | 1.80 | 375.00 | 675.00 |
| 1/10/2012 | YXP | Review the Northern District Docket to determine the court caption and all attorneys of record; Draft Appearance for S. Jakubowski; Filed electronically with the Northern District Court. | T | 0.80 | 200.00 | 160.00 |
| 1/11/2012 | IK | File hearing transcript to complete Record of Appeal at the U.S. District Court. | T | 0.50 | 115.00 | 57.50 |
| 1/31/2012 | SRJ | Research re legal effect of failure of appellant to file opening brief timely | T | 0.30 | 375.00 | 112.50 |
| 2/5/2012 | SRJ | Review Bankruptcy docket and timing requirement for filing of appellee designation of record from order of substitution | T | 0.10 | 375.00 | 37.50 |
| 2/16/2012 | SRJ | Review email from and email to Braunstein re notice of appeal and waiver of service issues (.1); email to client re same (.1) | T | 0.20 | 375.00 | 75.00 |
| 2/20/2012 | SRJ | Draft counter designation of record on appeal for substitution order and review record relevant to same, including transcript of hearing | T | 0.90 | 375.00 | 337.50 |
| 2/21/2012 | SRJ | Finalize designation for filing with Court | T | 0.20 | 375.00 | 75.00 |
| 2/21/2012 | IK | Expedite the delivery of the hearing transcript to the U.S. Bankruptcy Court. | T | 0.50 | 115.00 | 57.50 |
| 2/29/2012 | SRJ | Review appeal history and background to Braunstein motion for continuance with E. Vandesteeg for cover for 3/5/12 hearing before Der-Yeghiayan | T | 0.30 | 375.00 | 112.50 |
| 3/17/2012 | SRJ | Research 7th circuit cases on dismissals of appeals for want of prosecution (.4); research re interlocutory nature of appeal of retention and substitution order (.7) | T | 1.10 | 375.00 | 412.50 |
| 3/19/2012 | SRJ | Review Penna motion for continuance in briefing schedule and email to client regarding strategies for handling of same | T | 0.20 | 375.00 | 75.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF RETENTION ORDER**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 4/10/2012 | SRJ | Review 12-039 docket and consider options re same | T | 0.20 | 375.00 | 75.00 |
| 4/12/2012 | SRJ | Review docket entry re dismissal of appeal 12-039 and emails to client re same and re future litigation strategy | T | 0.20 | 375.00 | 75.00 |
| 4/18/2012 | SRJ | Review minute order and email to client | T | 0.10 | 375.00 | 37.50 |
| 4/24/2012 | SRJ | Review of debtor arguments in opposition to retention and email to client thoughts re same | T | 0.60 | 375.00 | 225.00 |
| 4/29/2012 | SRJ | Review opening brief in support of appeal of substitution of counsel | T | 0.20 | 375.00 | 75.00 |
| 5/3/2012 | SRJ | Commence draft of opening appellee brief re substitution order | T | 0.80 | 375.00 | 300.00 |
| 5/4/2012 | SRJ | Draft answering brief (.3); conference with M. Bryan re strategy for filing motion to dismiss (.2) | T | 0.50 | 375.00 | 187.50 |
| 5/4/2012 | MB | Develop motion strategy for seeking dismissal of appeal of retention order. | T | 0.20 | 450.00 | 90.00 |
| 5/5/2012 | SRJ | Draft motion to dismiss appeal of substitution order | T | 0.60 | 375.00 | 225.00 |
| 5/6/2012 | SRJ | Complete draft of motion and pleadings to dismiss interlocutory appeal of substitution order (1.3) and revisions to same (.7); update research from 7th circuit and other recent appellate courts on finality of motions to retain or disqualify counsel (.6). | T | 2.60 | 375.00 | 975.00 |
| 5/8/2012 | YXP | Correspondence with the 7th Circuit Clerk; Correspondence with the Pacer representative; Research requirements in preparation of drafting our brief. | T | 1.00 | 200.00 | 200.00 |
| 5/8/2012 | IK | Expedite the delivery of the courtesy copy to the Judges Chambers for review at the U.S District Court. | T | 0.50 | 115.00 | 57.50 |
| 5/25/2012 | SRJ | Review response to motion to dismiss appeal of substitution order | T | 0.30 | 375.00 | 112.50 |
| 5/31/2012 | SRJ | Research standards under 158(a) and 1292(b) for acceptance of interlocutory appeal in the 7th circuit (.8); draft reply in support of motion to dismiss appeal as interlocutory (1.7); multiple revisions to same for filing (.6) | T | 3.10 | 375.00 | 1,162.50 |
| 6/21/2012 | SRJ | Review court order dismissing appeal of substitution order and email to client | T | 0.20 | 375.00 | 75.00 |
| 10/18/2012 | YXP | Review Fee Petition Billed Report in preparation of drafting Levenfeld's First Interim Fee Application (.5); | T | 3.00 | 200.00 | 600.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**APPEAL OF RETENTION ORDER**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| | | Draft and assemble Exhibits of the Notice of Hearing and First Interim Fee Application for period 11/18/11 to 10/31/12 in preparation of filing with the court; (2.0); Draft Proposed Order regarding same (.5). | | | | |
| 10/18/2012 | SRJ | Review fee application draft and requirements with Y. Pinkney (.3) and A. Holsclaw in accounting re specific entries (.1) | T | 0.40 | 375.00 | 150.00 |
| 10/19/2012 | YXP | Draft and assemble Exhibits of the Notice of Hearing and First Interim Fee Application for period 11/18/11 to 10/31/12 in preparation of filing with the court; (.5); Revised Proposed Order regarding same (.3). | T | 0.80 | 200.00 | 160.00 |
| 11/9/2012 | YXP | Develop strategy with S. Jakubowski regarding the Notice of Hearing and Interim Fee Application. | T | 0.40 | 200.00 | 80.00 |
| 11/21/2012 | YXP | Review the transactions on the fee petition billed report (.5); Revise and assemble Exhibits of the Notice of Hearing and First Interim Fee Application for period 11/18/11 to 11/30/12 in preparation of filing with the court; (.5); Revised Proposed Order regarding same (.3). | T | 1.30 | 200.00 | 260.00 |
| 11/21/2012 | SRJ | Review fee application and provide comments re same for revisions to Y. Pinkney | T | 0.40 | 375.00 | 150.00 |
| 11/29/2012 | YXP | Attention to Fee Application in preparation of filing with the court. | T | 1.50 | 200.00 | 300.00 |
| 11/29/2012 | SRJ | Review and revise fee application for filing. | T | 1.80 | 375.00 | 675.00 |
| 11/30/2012 | SRJ | Review and revised fee application for filing. | T | 2.50 | 375.00 | 937.50 |
| 11/30/2012 | YXP | Review and finalize Fee Application. | T | 1.00 | 200.00 | 200.00 |

| | | | |
|---|---|---|---|
| Component Type: Fees | | 31.80 | 9,835.00 |
| Matter ID: 38630-89813 | | 31.80 | 9,835.00 |

# EXHIBIT C

# INJUNCTION PROCEEDING

# Transactions Fee Petition Summary

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

|  | Units | Ext. Amount |
|---|---|---|
| Matter ID: 38630-89814 | | |
| Professional: Jakubowski, Steven R. | | |
|  | 67.80 | 25,425.00 |
| Professional: Kropiewnicka, Izabela | | |
|  | 1.50 | 172.50 |
| Professional: Pinkney, Yolanda | | |
|  | 1.50 | 300.00 |
|  | 70.80 | 25,897.50 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

## INJUNCTION PROCEEDING

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 38630-89814**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 2/7/2012 | SRJ | Assemble various background materials relevant to motion / adversary for injunctive relief regarding state court appeal issues (1.2); review recently pulled cases on standing, mootness, prosecution of sold causes of action (.8) | T | 2.00 | 375.00 | 750.00 |
| 2/8/2012 | SRJ | Research law relating to advantages of motion or adversary proceeding in connection with state court appeal, including review of GM and Chrysler dockets (.9); review state court pleadings and orders on appeal (.3); review strategies for prosecution of injunction litigation with B. Waller (.3) | T | 1.50 | 375.00 | 562.50 |
| 2/10/2012 | SRJ | Additional review of Braunstein arguments in appellate court motion in preparation for injunction motion re state court appeals | T | 0.60 | 375.00 | 225.00 |
| 2/10/2012 | IK | Expedite the delivery of the courtesy copy to the Judges Chambers for review at the U.S Bankruptcy Court. | T | 0.50 | 115.00 | 57.50 |
| 2/11/2012 | SRJ | Research re all issues of relevance to injunction motion against Braunstein re sale: right to injunctive relief (.4), 363 effect on property rights (1.2), transferability of appeal rights (.6), nature of interests sold (.5), standing (.3), end-runs around 363 sales and mootness (.7) | T | 3.70 | 375.00 | 1,387.50 |
| 2/11/2012 | SRJ | Begin initial draft of injunction motion | T | 1.30 | 375.00 | 487.50 |
| 2/12/2012 | SRJ | Draft the complete first draft of injunction motion: 14 pages, all sections | T | 7.70 | 375.00 | 2,887.50 |
| 2/13/2012 | SRJ | Add introduction and incorporate initial proposed changes from client to brief (1.4) and initial proofread and revisions (1.3) | T | 2.70 | 375.00 | 1,012.50 |
| 2/13/2012 | SRJ | Additional revisions and proofread of injunction motion (.9); prepare notice (.1) and all exhibits (.6) for filing; obtain comments regarding factual allegations from R. Chapman (.2) and incorporate same (.5) and discuss additional revisions with S. Smith (.3) | T | 2.60 | 375.00 | 975.00 |
| 2/14/2012 | SRJ | Multiple revisions to brief to finalize for filing and service | T | 4.30 | 375.00 | 1,612.50 |
| 2/16/2012 | SRJ | Prepare for hearing | T | 0.20 | 375.00 | 75.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

### INJUNCTION PROCEEDING

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 2/17/2012 | SRJ | Attend hearing on injunction motion (.5); travel to/from court in Joliet (1/2 time) (1.2); email to client regarding status update (.1); conference with K. Braunstein regarding sale of other estate assets (.1) | T | 1.90 | 375.00 | 712.50 |
| 4/29/2012 | SRJ | Review response of debtor to motion for injunction based on sale order | T | 0.30 | 375.00 | 112.50 |
| 5/3/2012 | SRJ | Draft (2.2) and revise (1.0) reply brief in support of injunction motion; research "divestiture rule" (.8); research judicial estoppel for citation in brief (.3) | T | 4.30 | 375.00 | 1,612.50 |
| 5/4/2012 | SRJ | Review and revise reply brief in support of injunction motion | T | 0.80 | 375.00 | 300.00 |
| 5/9/2012 | SRJ | Conference with client to prepare for hearing on injunction proceeding | T | 0.20 | 375.00 | 75.00 |
| 5/10/2012 | SRJ | Prepare for hearing on injunction motion | T | 0.90 | 375.00 | 337.50 |
| 5/11/2012 | SRJ | Travel to/from court in Joliet (1.3) (1/2 time); conferences with R. Chapman regarding form of order, status of state court appeal, and state court arguments advanced by Debtor on appeal (.5); revisions to form of order and file same (.4); attend hearing (.4) | T | 2.60 | 375.00 | 975.00 |
| 5/16/2012 | SRJ | Review documents appealing entry of BK Ct. injunction order directly to the 7th Circuit (.3); review rules re 7th Circuit motion practice and research re timing of responses to emergency motions (.8) and email re court order entered to client (.1) | T | 1.20 | 375.00 | 450.00 |
| 5/31/2012 | SRJ | Review pleadings filed by Penna to vacate and stay (.3); review Schuster motion filed seeking stay in appellate court of proceedings and email to client re same (.3); call with R. Chapman re Schuster filing (.2) | T | 0.80 | 375.00 | 300.00 |
| 5/31/2012 | YXP | Prepare and Electronically file the 26.1 Disclosure Statement with the 7th Circuit Court of Appeals in 12-2053 & 12-2145. | T | 0.50 | 200.00 | 100.00 |
| 6/4/2012 | SRJ | Call to J. Schuster re violation of injunction proceeding and review pleading in advance of same (.2); research recent case law on 28 USC Section 1927 standards in the 7th Circuit (.4); draft and revise formal demand on J. Schuster to withdraw pleading (.6); proofread and circulate (.2) | T | 1.40 | 375.00 | 525.00 |
| 6/6/2012 | IK | Expedite the delivery of the check for Hearing Transcript to the U.S. Bankruptcy Court. | T | 0.50 | 115.00 | 57.50 |
| 6/6/2012 | SRJ | Review Schuster letter and discuss with B. Waller | T | 0.20 | 375.00 | 75.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

INJUNCTION PROCEEDING

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 6/12/2012 | SRJ | Draft limited objection motion to stay injunction proceeding (.8); draft response to motion to vacate (.4) | T | 1.20 | 375.00 | 450.00 |
| 6/13/2012 | SRJ | Draft, revise, and finalize objection to motion to vacate (2.3); email to client re thoughts re same for the hearing (.1) | T | 2.40 | 375.00 | 900.00 |
| 6/14/2012 | SRJ | Review reply to objection to motion to vacate and email to client re same (.3); review motion for emergency stay and prepare and file objection to same (2.3) | T | 2.60 | 375.00 | 975.00 |
| 6/15/2012 | SRJ | Conference with Trustee re midnight filing and response (.1); conference with Trustee re hearing results (.3); call with S. Smith re results of hearings before bankruptcy court (.1) | T | 0.50 | 375.00 | 187.50 |
| 6/18/2012 | SRJ | Conference with client re settlement discussions with Braunstein attorney | T | 0.30 | 375.00 | 112.50 |
| 6/20/2012 | IK | Expedite the delivery of the check for Transcript to the U.S. Bankruptcy Court. | T | 0.50 | 115.00 | 57.50 |
| 6/20/2012 | SRJ | Call to Courtroom Deputy re entry of order on motion to vacate | T | 0.10 | 375.00 | 37.50 |
| 6/26/2012 | SRJ | Review and consider responses to emergency motion for stay of injunction order and email to client with thoughts re same (.5); review pleading filed in state court to dismiss appeals (.2) | T | 0.70 | 375.00 | 262.50 |
| 6/27/2012 | SRJ | Draft (3.2) and revise (1.0) objection to emergency motion for stay relief for filing with Court | T | 4.20 | 375.00 | 1,575.00 |
| 6/28/2012 | SRJ | Attend hearing and review same with B. Waller (1.1); conference with S. Smith re status of state court proceedings and review pleadings re same (.3) | T | 1.40 | 375.00 | 525.00 |
| 6/29/2012 | SRJ | Review recent IL appellate court case on statute of repose and forward to B. Waller for background on law re same | T | 0.30 | 375.00 | 112.50 |
| 7/17/2012 | SRJ | Review schedules amended by debtor and email to client re same (.2); review 7th circuit appeal of dismissal of injunction appeal to the district court and review requirements of 7th circuit. re docketing statement and filing of notices of appeal (.6); email to client advising of strategy for addressing various appeals and dismissals (.4) | T | 1.20 | 375.00 | 450.00 |
| 7/24/2012 | SRJ | Conference with B. Waller re status of 7th circuit matters and request of Penna to file independent actions against attorneys | T | 0.30 | 375.00 | 112.50 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

## INJUNCTION PROCEEDING

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 7/27/2012 | SRJ | Review injunction and abandonment issues with B. Waller | T | 0.20 | 375.00 | 75.00 |
| 7/29/2012 | SRJ | Email to B. Waller re Section 108 issues related to Braunstein's amendment of schedules and timeliness of suit and review and send Sept 2011 case related to same | T | 0.30 | 375.00 | 112.50 |
| 8/10/2012 | SRJ | Conference with B. Waller re motion for order to show cause and strategies re same (.3); review email from S. Smith with list of pleadings filed in state court appeals (.3); email to B. Waller re possible strategies for addressing need for injunctive relief re debtor (.2) | T | 0.80 | 375.00 | 300.00 |
| 8/12/2012 | SRJ | Research re sanctions for violations of injunction orders (.8); review history of 23 pleadings filed in appellate cases since entry of order of injunction (1.2); draft motion for contempt (1.0); complete motion for contempt (2.2); additional research re 7th circuit cases on contempt powers (.6); finalize pleading for filing, including review of all applicable exhibits and modifications to motion to add several additional exhibits and send to client for review (1.2) | T | 7.00 | 375.00 | 2,625.00 |
| 8/13/2012 | SRJ | Revise motion to incorporate received comments from Trustee generally and from S. Smith re facts of state court litigation and finalize entire pleading for filing with Court | T | 0.80 | 375.00 | 300.00 |
| 8/14/2012 | SRJ | Draft proposed order for Contempt Motion | T | 0.30 | 375.00 | 112.50 |
| 8/15/2012 | SRJ | Conference with B. Waller re contempt hearing and settlement discussions with debtor | T | 0.30 | 375.00 | 112.50 |
| 8/17/2012 | SRJ | Email and call with R. Chapman re status of injunction proceeding | T | 0.20 | 375.00 | 75.00 |
| 8/29/2012 | SRJ | Call to R. Chapman re status of state cases (.2); review documents and email to client re same (.2) | T | 0.40 | 375.00 | 150.00 |
| 8/30/2012 | SRJ | Emails to/from B. Waller re status of proceedings and latest state court case filings; review filings received from R. Chapman | T | 0.30 | 375.00 | 112.50 |
| 9/7/2012 | SRJ | Conference with B. Waller re strategies for case resolution (.5) | T | 0.50 | 375.00 | 187.50 |
| 9/19/2012 | SRJ | Conference with R. Chapman re status of state, bankruptcy and 7th Circuit litigation and related matters (.2); review pleadings filed by Braunstein in state court and email to/from B.Waller re same (.1) | T | 0.30 | 375.00 | 112.50 |
| 11/16/2012 | YXP | Develop strategy with S. Jakubowski regarding the Motion to Dismiss; Review and Revise Motion; | T | 1.00 | 200.00 | 200.00 |

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**INJUNCTION PROCEEDING**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| | | Assemble the Motion and Exhibits; Correspondence with the Clerk at the 7th Circuit Court of Appeals. | | | | |
| | | | Component Type: Fees | 70.80 | | 25,897.50 |
| | | | Matter ID: 38630-89814 | 70.80 | | 25,897.50 |

# EXHIBIT D

# CONVERSION APPEAL

# Transactions Fee Petition Summary

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

|  | Units | Ext. Amount |
|---|---|---|
| Matter ID: 38630-90492 | | |
| Professional: Jakubowski, Steven R. | | |
| | 18.10 | 6,787.50 |
| | 18.10 | 6,787.50 |
| | 179.00 | 63,892.00 |

SRJ

# Fee Petition Billed Report

matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and fees

**CONVERSION APPEAL**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| **Matter ID: 38630-90492** | | | | | | |
| **Component Type: Fees** | | | | | | |
| 3/12/2012 | SRJ | Review appellant opening brief (.4); review all filings in preparation for hearing on various motions set for status on 3/13 (.4) | T | 0.80 | 375.00 | 300.00 |
| 3/13/2012 | SRJ | Attend hearing before Judge Der-Yeghiayan re multiple motions by Braunstein for extension of time (1.1); 2 emails to client with updates (.1) | T | 1.20 | 375.00 | 450.00 |
| 3/15/2012 | SRJ | Review motion, response and objections filed in BK Ct to motion to convert and transcript of hearing re same and consider arguments in response to brief in support of appeal of conversion order. | T | 0.60 | 375.00 | 225.00 |
| 3/17/2012 | SRJ | Research case law applying Marrama to conversions from chapter 7 to 11 (.8) and law regarding dismissals for cause per section 1112 in 7th circuit and IL (.9) | T | 1.70 | 375.00 | 637.50 |
| 3/19/2012 | SRJ | Review cases relevant to appeal of conversion order (.5); outline arguments for brief (.4) | T | 0.90 | 375.00 | 337.50 |
| 3/24/2012 | SRJ | Review cases for incorporation into appellate brief and outline legal arguments re same | T | 1.10 | 375.00 | 412.50 |
| 3/25/2012 | SRJ | Draft brief in support of denial of conversion appeal from Statement of the Issues through the Statement of Facts (4.7); draft legal argument section to brief in support of denial of conversion appeal (3.7) | T | 8.40 | 375.00 | 3,150.00 |
| 3/27/2012 | SRJ | Significant revisions to conversion appeal brief and draft preliminary statement (1.5); second set of revisions (.6); finalize for filing (.5) | T | 2.60 | 375.00 | 975.00 |
| 4/10/2012 | SRJ | Review reply of debtor in support of conversion appeal | T | 0.40 | 375.00 | 150.00 |
| 5/17/2012 | SRJ | Review memorandum and order of Court re conversion appeal and email to client re same | T | 0.30 | 375.00 | 112.50 |
| 7/30/2012 | SRJ | Email to/from B. Waller re settlement discussions with Braunstein counsel | T | 0.10 | 375.00 | 37.50 |
| | | | Component Type: Fees | 18.10 | | 6,787.50 |
| | | | Matter ID: 38630-90492 | 18.10 | | 6,787.50 |
| | | | Grand Total | 179.00 | | 63,892.00 |

# EXHIBIT E

# EXPENSES

# Fee Petition Billed Report

(matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and hard costs) or (matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and soft costs)

**APPEAL OF BANKRUPTCY SALE**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 38630-89811**

**Component Type: Soft Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 12/7/2011 | | Westlaw On-line Database | WES | 0.00 | 7.00 | 0.00 |
| 12/27/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 19.00 | 0.10 | 1.90 |
| 2/28/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 5.00 | 0.10 | 0.50 |
| 2/28/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 10.00 | 0.10 | 1.00 |
| 2/28/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 31.00 | 0.10 | 3.10 |
| 2/29/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 5.00 | 0.10 | 0.50 |
| 3/12/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 17.00 | 0.10 | 1.70 |
| 3/25/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 13.00 | 0.10 | 1.30 |
| 4/10/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 2.00 | 0.10 | 0.20 |
| 4/11/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 26.00 | 0.10 | 2.60 |
| | | Component Type: Soft Costs | | 128.00 | | 12.80 |

**Component Type: Hard Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 1/6/2012 | | Advance to:  Court Reporter | CRP | 1.00 | 34.00 | 34.00 |
| | | Component Type: Hard Costs | | 1.00 | | 34.00 |
| | | Matter ID: 38630-89811 | | 129.00 | | 46.80 |

# Fee Petition Billed Report

(matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and hard costs) or (matter id is begins with
'38630' and date is between 12/1/11 and 11/30/12 and soft costs)

**APPEAL OF RETENTION ORDER**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|

**Matter ID: 38630-89813**

**Component Type: Soft Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| 1/10/2012 | | FedEx Charges (Service on Debtors) | MSC | 1.00 | 21.65 | 21.65 |
| 1/10/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 2.00 | 0.10 | 0.20 |
| 1/10/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 14.00 | 0.10 | 1.40 |
| 1/11/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 1.00 | 0.10 | 0.10 |
| 1/11/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 18.00 | 0.10 | 1.80 |
| 1/11/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 69.00 | 0.10 | 6.90 |
| 2/5/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 9.00 | 0.10 | 0.90 |
| 2/20/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 16.00 | 0.10 | 1.60 |
| 2/29/2012 | | Messenger Delivery Service | MES | 1.00 | 20.00 | 20.00 |
| | | Component Type: Soft Costs | | 131.00 | | 54.55 |

**Component Type: Hard Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| 2/29/2012 | | Advance to:  J. DeFini - Court Reporter | CRT | 1.00 | 20.00 | 20.00 |
| | | Component Type: Hard Costs | | 1.00 | | 20.00 |
| | | Matter ID: 38630-89813 | | 132.00 | | 74.55 |

# Fee Petition Billed Report

(matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and hard costs) or (matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and soft costs)

**INJUNCTION PROCEEDING**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|

**Matter ID: 38630-89814**

**Component Type: Soft Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| 2/14/2012 | | Duplicating Charges | DUP | 169.00 | 0.10 | 16.90 |
| 2/14/2012 | | Duplicating Charges | DUP | 100.00 | 0.10 | 10.00 |
| 2/14/2012 | | FedEx Charges (Service of Debtor and Counsel) | MSC | 2.00 | 21.73 | 43.46 |
| 2/14/2012 | | FedEx Charges | FED | 0.00 | 21.73 | 0.00 |
| 5/31/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 2.00 | 0.10 | 0.20 |
| 5/31/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 44.00 | 0.10 | 4.40 |
| 5/31/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 3.00 | 0.10 | 0.30 |
| 6/27/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 22.00 | 0.10 | 2.20 |
| 6/27/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 12.00 | 0.10 | 1.20 |
| 8/13/2012 | | FedEx Charges | FED | 1.00 | 21.34 | 21.34 |
| | | Component Type: Soft Costs | | 355.00 | | 100.00 |

**Component Type: Hard Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| 6/6/2012 | | Advance to:  J. DeFini - Court Reporter | CRT | 1.00 | 15.00 | 15.00 |
| 6/20/2012 | | Advance to:  J. DeFini - Court Reporter | CRT | 1.00 | 16.00 | 16.00 |
| | | Component Type: Hard Costs | | 2.00 | | 31.00 |
| | | Matter ID: 38630-89814 | | 357.00 | | 131.00 |

# Fee Petition Billed Report

(matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and hard costs) or (matter id is begins with '38630' and date is between 12/1/11 and 11/30/12 and soft costs)

**CONVERSION APPEAL**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 38630-90492**

**Component Type: Soft Costs**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 3/15/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 43.00 | 0.10 | 4.30 |
| 3/25/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 38.00 | 0.10 | 3.80 |
| 3/27/2012 | | Pacer - Bankruptcy Database Search Fee. | PAC | 40.00 | 0.10 | 4.00 |
| | | Component Type: Soft Costs | | 121.00 | | 12.10 |
| | | Matter ID: 38630-90492 | | 121.00 | | 12.10 |
| | | Grand Total | | 739.00 | | 264.45 |