# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BRAUNSTEIN, KIM JAY | § Case No. 10-30688-BB |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 09, 2010. The undersigned trustee was appointed on July 09, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $         115,006.13

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 80,637.46 |
| Bank service fees | 2,678.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 31,690.40 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/11/2011 and the deadline for filing governmental claims was 10/11/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,000.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,000.31, for a total compensation of $9,000.31.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2015            By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-30688-BB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** BRAUNSTEIN, KIM JAY  **Filed (f) or Converted (c):** 07/09/10 (f)
  **§341(a) Meeting Date:** 09/08/10
**Period Ending:** 01/02/15  **Claims Bar Date:** 10/11/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 20533 Abbey Drive, Frankfort, IL | 850,000.00 | 0.00 | | 0.00 | FA |
| 2 | 100 Grant, Frankfort, IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 3 | 16600 LaGrange Road, Orland Park | Unknown | 0.00 | | 0.00 | FA |
| 4 | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account - Charter Bank | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Checing Account - JP Morgan Chase | 430.00 | 0.00 | | 0.00 | FA |
| 7 | Savings Account - Joint - JP Morgan Chase | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Misc Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Ring & Watch | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Country Companies - term life | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Stocks & Interests | Unknown | 0.00 | | 0.00 | FA |
| 13 | Claim against Waldemar Parez - 1999 Ford F150 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Claim against Shilling Brothers Lumber Yard | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 15 | Claim against MV Transport | Unknown | 5,000.00 | | 0.00 | FA |
| 16 | Claim against K2 Development LLC & K Finkelstein | Unknown | 115,000.00 | | 115,000.00 | FA |
| 17 | 1976 Delta 88 | 100.00 | 0.00 | | 0.00 | FA |
| 18 | 2008 BMW 335 | 18,475.00 | 16,075.00 | | 0.00 | FA |
| 19 | 1994 FQ48 Tilt Tandem Trailer | 300.00 | 0.00 | | 0.00 | FA |
| 20 | 2000 GMAC 3500 Base Truck | 5,000.00 | 0.00 | | 0.00 | FA |
| 21 | TCF Bank Account | 100.00 | 0.00 | OA | 0.00 | FA |
| 22 | Post-Petition Interest Deposits  (u) | Unknown | N/A | | 6.13 | FA |
| 22 | **Assets    Totals** (Excluding unknown values) | **$1,239,230.00** | **$146,075.00** | | **$115,006.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

All matters being appealed to District Court & 7th Circuit; EMPLOYING ACCOUNTANT;  ORDER ENTERED EMPLOYING ACCOUNTANT FEBRUARY 21, 2014; TAX RETURNS TO BE PREPARED AND FINAL REPORT TO FOLLOW

Printed: 01/02/2015 01:56 PM    V.13.20

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/09/10 (f)  
**§341(a) Meeting Date:** 09/08/10  

**Period Ending:** 01/02/15  

**Claims Bar Date:** 10/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   June 30, 2014

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  
**Taxpayer ID #:** **-***0572  
**Period Ending:** 01/02/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******68-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/11 | {16} | JPMorgan Chase Bank NA | per court order of July 11, 2011 DEPOSIT CHECK #9229812455 | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9229812456 | 1129-000 | 10,000.00 | | 20,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9229812457 | 1129-000 | 10,000.00 | | 30,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9229812458 | 1129-000 | 10,000.00 | | 40,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9118004659 | 1129-000 | 10,000.00 | | 50,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9118004660 | 1129-000 | 10,000.00 | | 60,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9118004661 | 1129-000 | 5,000.00 | | 65,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173026 | 1129-000 | 15,000.00 | | 80,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173027 | 1129-000 | 2,000.00 | | 82,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173028 | 1129-000 | 2,000.00 | | 84,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173029 | 1129-000 | 2,000.00 | | 86,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173030 | 1129-000 | 2,000.00 | | 88,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173031 | 1129-000 | 2,000.00 | | 90,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173032 | 1129-000 | 5,000.00 | | 95,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634208-9 | 1129-000 | 5,000.00 | | 100,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634209-7 | 1129-000 | 5,000.00 | | 105,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634210-5 | 1129-000 | 5,000.00 | | 110,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634211-3 | 1129-000 | 5,000.00 | | 115,000.00 |
| 07/29/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 115,000.59 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 126.03 | 114,874.56 |

Subtotals :   $115,000.59   $126.03

{} Asset reference(s)

Printed: 01/02/2015 01:56 PM   V.13.20

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  
**Taxpayer ID #:** **-***0572  
**Period Ending:** 01/02/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******68-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 114,875.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 267.55 | 114,607.98 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -7.88 | 114,615.86 |
| 09/30/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.94 | | 114,616.80 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 235.50 | 114,381.30 |
| 10/31/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 114,382.27 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 227.19 | 114,155.08 |
| 11/30/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.93 | | 114,156.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 250.23 | 113,905.78 |
| 12/30/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.96 | | 113,906.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 234.05 | 113,672.69 |
| 01/26/12 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 113,673.46 |
| 01/26/12 | | Transfer to Acct #9010013333 | Bank Funds Transfer | 9999-000 | | 113,673.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 115,006.13 | 115,006.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 113,673.46 | |
| | | | **Subtotal** | | 115,006.13 | 1,332.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$115,006.13** | **$1,332.67** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-30688-BB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | BRAUNSTEIN, KIM JAY | | Bank Name: | Capital One |
| | | | Account: | ********33 - Checking Account |
| Taxpayer ID #: | **-***0572 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/02/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/26/12 | | Transfer from Acct #009322566865 | Bank Funds Transfer | | 9999-000 | 113,673.46 | | 113,673.46 |
| 12/27/12 | 1001 | LEVENFELD & PEARLSTEIN, LLC | Per court order 12/21/12 Fees & Costs | | | | 62,181.45 | 51,492.01 |
| 12/27/12 | | | Fees | 61,917.00 | 3210-000 | | | 51,492.01 |
| 12/27/12 | | | Expenses | 264.45 | 3220-000 | | | 51,492.01 |
| 01/10/13 | 1002 | THOMAS B. SULLIVAN, BANKRUPTCY TRUS | Trustee reassignment transfer | | 9999-000 | | 51,492.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 113,673.46 | 113,673.46 | **$0.00** |
| | | | Less: Bank Transfers | | | 113,673.46 | 51,492.01 | |
| | | | **Subtotal** | | | **0.00** | **62,181.45** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$62,181.45** | |

{} Asset reference(s)        Printed: 01/02/2015 01:56 PM    V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  

**Taxpayer ID #:** **-***0572  
**Period Ending:** 01/02/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | BRADLEY J WALLER | TRANSFER OF FUNDS FROM PREVIOUS TRSUTEE | 9999-000 | 51,492.01 | | 51,492.01 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.21 | 51,469.80 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.09 | 51,400.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.46 | 51,329.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.74 | 51,250.51 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.17 | 51,174.34 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.69 | 51,105.65 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.85 | 51,024.80 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.38 | 50,951.42 |
| 09/06/13 | 101 | ROBBINS, SALOMON & PATT, LTD. | COMPENSATION TO ATTY FOR TRUSTEE | 3210-000 | | 8,430.00 | 42,521.42 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.37 | 42,457.05 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.18 | 42,389.87 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.90 | 42,332.97 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.97 | 42,266.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.81 | 42,203.19 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-30688, BOND#016026455 | 2300-000 | | 35.40 | 42,167.79 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.63 | 42,111.16 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.55 | 42,052.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.52 | 41,988.09 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.39 | 41,927.70 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.29 | 41,869.41 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.24 | 41,803.17 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.12 | 41,745.05 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.04 | 41,681.01 |
| 10/07/14 | 103 | US TREASURY | 2011 1041/FEIN 38-6990572 | 2810-000 | | 5,566.00 | 36,115.01 |
| 10/07/14 | 104 | ILLINOIS DEPT OF REVENUE | 2011 IL-1041/FEIN 38-6990572 | 2820-000 | | 4,151.00 | 31,964.01 |
| 11/10/14 | 105 | ILLINOIS DEPT OF REVENUE | 2011 IL-1041/FEIN 38-6990572 | 2820-000 | | 273.61 | 31,690.40 |
| | | | **ACCOUNT TOTALS** | | 51,492.01 | 19,801.61 | **$31,690.40** |
| | | | Less: Bank Transfers | | 51,492.01 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,801.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,801.61** | |

{} Asset reference(s)            Printed: 01/02/2015 01:56 PM   V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 10-30688-BB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | BRAUNSTEIN, KIM JAY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***0572 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/02/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 115,006.13 |
| Net Estate : | $115,006.13 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ****-******68-65 | 115,006.13 | 1,332.67 | 0.00 |
| Checking # ********33 | 0.00 | 62,181.45 | 0.00 |
| Checking # ******8466 | 0.00 | 19,801.61 | 31,690.40 |
|  | $115,006.13 | $83,315.73 | $31,690.40 |

{} Asset reference(s)                                                                                                                                 Printed: 01/02/2015 01:56 PM    V.13.20

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 11, 2011

**Case Number:** 10-30688-BB  
**Debtor Name:** BRAUNSTEIN, KIM JAY

Page: 1

**Date:** January 2, 2015  
**Time:** 01:56:13 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $3,000.31 | $0.00 | 3,000.31 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $2,514.79 | $0.00 | 2,514.79 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $38.47 | $0.00 | 38.47 |
| ADMIN3 200 | BRAD WALLER | Admin Ch. 7 | | $6,000.00 | $0.00 | 6,000.00 |
| 1P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664-0338 | Priority | | $6,611.31 | $0.00 | 6,611.31 |
| 3P 570 | Department of the Treasury-IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $46,047.99 | $0.00 | 46,047.99 |
| 8 560 | Korngoot Real Estate Holdings 1, LLC<br>2 N. LaSalle, Suite 1800<br>Chicago, IL 60602 | Secured | Duplicate/Withdrawn | $0.00 | $0.00 | 0.00 |
| 1U 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $806.90 | $0.00 | 806.90 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,760.18 | $0.00 | 3,760.18 |
| 3U 610 | Department of the Treasury-IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured | | $5,353.74 | $0.00 | 5,353.74 |
| 4 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $24,874.98 | $0.00 | 24,874.98 |
| 5 610 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $45,596.13 | $0.00 | 45,596.13 |
| 6 610 | Mark T Hickey Esq<br>Mark T Hickey & Associates PC<br>7220 W 194th St Ste 101<br>Tinley Park, IL 60487 | Unsecured | | $9,233.35 | $0.00 | 9,233.35 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 11, 2011

**Case Number:** 10-30688-BB  
**Debtor Name:** BRAUNSTEIN, KIM JAY

Page: 2

**Date:** January 2, 2015  
**Time:** 01:56:14 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 -2<br>610 | Korngoot Real Estate Holdings 1, LLC<br>2 N. LaSalle, Suite 1800<br>Chicago, IL 60602 | Unsecured | | $112,339.17 | $0.00 | 112,339.17 |
| 9<br>610 | K2 Development LLC, II<br>c/o Robert A. Chapman,Chapman &<br>Spingola,77 W. Wacker, Suite 4800<br>Chicago, IL 60601 | Unsecured | | $1,132,575.90 | $0.00 | 1,132,575.90 |
| 10<br>610 | Evergreen Funding, Inc.<br>c/o Robert A. Chapman,Chapman &<br>Spingola,77 W. Wacker, Suite 4800<br>Chicago, IL 60601 | Unsecured | | $267,428.60 | $0.00 | 267,428.60 |
| 11<br>610 | Ian Braunstein<br>20020 S Western Avenue<br>Olympia Fields, IL 60401 | Unsecured | | $38,000.00 | $0.00 | 38,000.00 |
| 12<br>610 | Robert Sugar<br>1725 Lynwood Court<br>Flossmoor, IL 60422 | Unsecured | | $28,000.00 | $0.00 | 28,000.00 |
| 13<br>610 | Betty Jones<br>20020 S Western Ave<br>Olympia Fields, IL 60431 | Unsecured | | $2,000.00 | $0.00 | 2,000.00 |
| **<< Totals >>** | | | | 1,734,181.82 | 0.00 | 1,734,181.82 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-30688-BB
Case Name: BRAUNSTEIN, KIM JAY
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 31,690.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Korngoot Real Estate Holdings 1, LLC | 112,399.17 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 31,690.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRAD WALLER | 6,000.00 | 0.00 | 6,000.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,514.79 | 0.00 | 2,514.79 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 38.47 | 0.00 | 38.47 |
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,000.31 | 0.00 | 3,000.31 |

Total to be paid for chapter 7 administration expenses: $ 11,553.57
Remaining balance: $ 20,136.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,136.83

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,659.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 6,611.31 | 0.00 | 2,528.15 |
| 3P | Department of the Treasury-IRS | 46,047.99 | 0.00 | 17,608.68 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 20,136.83 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,669,968.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 806.90 | 0.00 | 0.00 |
| 2 | Discover Bank | 3,760.18 | 0.00 | 0.00 |
| 3U | Department of the Treasury-IRS | 5,353.74 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 24,874.98 | 0.00 | 0.00 |
| 5 | Chase Bank USA NA | 45,596.13 | 0.00 | 0.00 |
| 6 | Mark T Hickey Esq | 9,233.35 | 0.00 | 0.00 |
| 7 -2 | Korngoot Real Estate Holdings 1, LLC | 112,339.17 | 0.00 | 0.00 |
| 9 | K2 Development LLC, II | 1,132,575.90 | 0.00 | 0.00 |
| 10 | Evergreen Funding, Inc. | 267,428.60 | 0.00 | 0.00 |
| 11 | Ian Braunstein | 38,000.00 | 0.00 | 0.00 |
| 12 | Robert Sugar | 28,000.00 | 0.00 | 0.00 |
| 13 | Betty Jones | 2,000.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**