# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BRAUNSTEIN, KIM JAY | § Case No. 10-30688-BB |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 02/13/2015 in Courtroom         , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/05/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: BRAUNSTEIN, KIM JAY | § | Case No. 10-30688-BB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 115,006.13 |
| *and approved disbursements of* | $ 83,315.73 |
| *leaving a balance on hand of* [1] | $ 31,690.40 |
| **Balance on hand:** | $ 31,690.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Korngoot Real Estate Holdings 1, LLC | 112,399.17 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 31,690.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRAD WALLER | 6,000.00 | 0.00 | 6,000.00 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,514.79 | 0.00 | 2,514.79 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 38.47 | 0.00 | 38.47 |
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,000.31 | 0.00 | 3,000.31 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,553.57 |
| Remaining balance: | $ 20,136.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $    20,136.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,659.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 6,611.31 | 0.00 | 2,528.15 |
| 3P | Department of the Treasury-IRS | 46,047.99 | 0.00 | 17,608.68 |

Total to be paid for priority claims:  $    20,136.83
Remaining balance:  $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,669,968.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 806.90 | 0.00 | 0.00 |
| 2 | Discover Bank | 3,760.18 | 0.00 | 0.00 |
| 3U | Department of the Treasury-IRS | 5,353.74 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 24,874.98 | 0.00 | 0.00 |
| 5 | Chase Bank USA NA | 45,596.13 | 0.00 | 0.00 |
| 6 | Mark T Hickey Esq | 9,233.35 | 0.00 | 0.00 |
| 7 -2 | Korngoot Real Estate Holdings 1, LLC | 112,339.17 | 0.00 | 0.00 |
| 9 | K2 Development LLC, II | 1,132,575.90 | 0.00 | 0.00 |
| 10 | Evergreen Funding, Inc. | 267,428.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Ian Braunstein | 38,000.00 | 0.00 | 0.00 |
| 12 | Robert Sugar | 28,000.00 | 0.00 | 0.00 |
| 13 | Betty Jones | 2,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
　　　　　　　　　　　　　　　　　　Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 10-30688-BWB
Kim Jay Braunstein                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 2              Date Rcvd: Jan 06, 2015
                               Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
db            +Kim Jay Braunstein,    20533 Abbey Drive,    Frankfort, IL 60423-3124
17559173     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
15827425      +Betty Jones,    20020 S Western Ave,    Olympia Fields Illinois 60461-1207
15982847      +Bruce Weatherhead,    800 Redwood,    Glenview, IL 60025-4463
15878605     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    Citi Card,   Box 6000,    The Lakes, NV 89163)
15878604      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17620282       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15878607      +Citicorp Credit Services,    Po Box 141029,    Irving, TX 75014-1029
15982846      +Eric Koorngroot,    2613 Rhodes Ave,    River Grove, Il 60171-1642
17889620      +Evergreen Funding, Inc.,    c/o Robert A. Chapman,    Chapman & Spingola,
               77 W. Wacker, Suite 4800,    Chicago, IL 60601-1664
15982845      +First National Bank Of Illinois,    Trust Department,    3256 Ridge Road,
               Lansing, IL 60438-3110
15878609       HSBC Card Services,    Customer Billing Center,    Salinas, CA 93912
15878564      +Harris Trust & Savings,    111 West Monroe Street,    Chicago, IL 60603-4095
15878610      +Ian Braunstein,    20020 S Western Avenue,    Olympia Fields, IL 60461-1207
15878567       Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
15878565       JPMorgan Chase,    35 Wacker Drive,    Chicago, IL 60603
15878618      +K2 Development LLC II,    Chapman & Spingola,    77 W Wacker Dr., Ste 4800,
               Chicago, IL 60601-1664
17889608      +K2 Development LLC, II,    c/o Robert A. Chapman,    Chapman & Spingola,
               77 W. Wacker, Suite 4800,    Chicago, IL 60601-1664
15878619      +Kenneth Fikelstein,    C/O Chapman & Spingola,    77 W Wacker Dr., Ste 4800,
               Chicago, IL 60601-1664
15982799      +Kim Braunstein Inc,    20533 Abb Drive,    Frankfor, IL 60423-3124
17631346      +Korngoot Real Estate Holdings 1, LLC,    2 N. LaSalle, Suite 1800,    Chicago, IL 60602-3967
15982844      +Mark T Hickey Esq,    Mark T Hickey & Associates PC,    7220 W 194th St Ste 101,
               Tinley Park, Il 60487-9228
15878620      +Mizrahi Family,    C/O Arnold Newman, Esq,    18400 Maple Creek Drive, Ste 500,
               Tinley Park, IL 60477-3016
15878621      +Paul Weatherhead, Esq,    10 S LaSalle St., Ste 1130,    Chicago, IL 60603-1087
15982843      +Robert Sugar,    1725 Lynwood Court,    Flossmoor, IL 60422-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15878608       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2015 01:42:36     Discover Financial Services,
               Po Box 30943,    Salt Lake city, UT 84130
15878566      +E-mail/Text: cio.bncmail@irs.gov Jan 07 2015 01:38:00     Department of the Treasury-IRS,
               PO Box 7346,    Philadelphia, PA 19101-7346
17536789       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2015 01:42:36     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            William J Factor
aty            William J. Factor, Ltd.
15878606*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    CitiBusiness Card,    Po Box 688901,    Des Moines, IA 50368)
15878603     ##+Bank of America,    Po Box 15026,    Wilmington, DE 19850-5026
                                                                                 TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                              Signature: _/s/Joseph Speetjens_

Certificate of Notice   Page 8 of 8

```
District/off: 0752-1         User: ahamilton            Page 2 of 2              Date Rcvd: Jan 06, 2015
                             Form ID: pdf006            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2015 at the address(es) listed below:
          Aaron  Penna    on behalf of Debtor Kim Jay Braunstein arpenna@wulaw.wustl.edu
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
          Ariel  Weissberg    on behalf of Interested Party Ariel  Weissberg ariel@weissberglaw.com,
           Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weis
           sberglaw.com
          Michael T. Benz    on behalf of Creditor    Harris N.A. benz@chapman.com,  eickmann@chapman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ND-Two@il.cslegal.com
          Rachael A Stokas    on behalf of Creditor    Chase Home Finance LLC ND-Two@il.cslegal.com
          Richard  Wohlleber    on behalf of Creditor    Harris N.A. wohlleber@chapman.com,
           benz@chapman.com;lombardo@chapman.com
          Robert L Allen    on behalf of Debtor Kim Jay Braunstein robertallen8085@sbcglobal.net
          Steve  Jakubowski    on behalf of Plaintiff    K2 Development, LLC II sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Interested Party Kenneth  Finkelstein sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Creditor    K2 Development, LLC II sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Other Prof.    Evergreen Funding, Inc. sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Thomas B Sullivan    tsullivan@wfactorlaw.com,  IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                             TOTAL: 14
```