**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BRAUNSTEIN, KIM JAY                        § Case No. 10-30688-BB
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,239,230.00                Assets Exempt: $2,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,790.12    Claims Discharged
                                                Without Payment: $1,701,838.13

Total Expenses of Administration: $94,216.01

---

   3) Total gross receipts of $   115,006.13   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $115,006.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $112,399.17 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 94,216.01 | 94,216.01 | 94,216.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 52,659.30 | 52,659.30 | 20,790.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,670,028.95 | 1,669,968.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,929,303.43 | $1,816,844.26 | $115,006.13 |

4) This case was originally filed under Chapter 7 on July 09, 2010. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2015            By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim against K2 Development LLC & K Finkelstein | 1129-000 | 115,000.00 |
| Interest Income | 1270-000 | 6.13 |
| **TOTAL GROSS RECEIPTS** | | **$115,006.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Korngoot Real Estate Holdings 1, LLC | 4220-000 | N/A | 112,399.17 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$112,399.17** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,000.31 | 3,000.31 | 3,000.31 |
| Alan D. Lasko | 3410-000 | N/A | 2,514.79 | 2,514.79 | 2,514.79 |
| Alan D. Lasko | 3420-000 | N/A | 38.47 | 38.47 | 38.47 |
| BRAD WALLER | 2100-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 126.03 | 126.03 | 126.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 259.67 | 259.67 | 259.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 235.50 | 235.50 | 235.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 227.19 | 227.19 | 227.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 250.23 | 250.23 | 250.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 234.05 | 234.05 | 234.05 |
| Rabobank, N.A. | 2600-000 | N/A | 22.21 | 22.21 | 22.21 |
| LEVENFELD & PEARLSTEIN, LLC | 3210-000 | N/A | 61,917.00 | 61,917.00 | 61,917.00 |
| LEVENFELD & PEARLSTEIN, LLC | 3220-000 | N/A | 264.45 | 264.45 | 264.45 |
| Rabobank, N.A. | 2600-000 | N/A | 69.09 | 69.09 | 69.09 |
| Rabobank, N.A. | 2600-000 | N/A | 71.46 | 71.46 | 71.46 |
| Rabobank, N.A. | 2600-000 | N/A | 78.74 | 78.74 | 78.74 |
| Rabobank, N.A. | 2600-000 | N/A | 76.17 | 76.17 | 76.17 |
| Rabobank, N.A. | 2600-000 | N/A | 68.69 | 68.69 | 68.69 |
| Rabobank, N.A. | 2600-000 | N/A | 80.85 | 80.85 | 80.85 |
| Rabobank, N.A. | 2600-000 | N/A | 73.38 | 73.38 | 73.38 |
| ROBBINS, SALOMON & PATT, LTD. | 3210-000 | N/A | 8,430.00 | 8,430.00 | 8,430.00 |
| Rabobank, N.A. | 2600-000 | N/A | 64.37 | 64.37 | 64.37 |
| Rabobank, N.A. | 2600-000 | N/A | 67.18 | 67.18 | 67.18 |
| Rabobank, N.A. | 2600-000 | N/A | 56.90 | 56.90 | 56.90 |
| Rabobank, N.A. | 2600-000 | N/A | 66.97 | 66.97 | 66.97 |
| Rabobank, N.A. | 2600-000 | N/A | 62.81 | 62.81 | 62.81 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 35.40 | 35.40 | 35.40 |
| Rabobank, N.A. | 2600-000 | N/A | 56.63 | 56.63 | 56.63 |
| Rabobank, N.A. | 2600-000 | N/A | 58.55 | 58.55 | 58.55 |
| Rabobank, N.A. | 2600-000 | N/A | 64.52 | 64.52 | 64.52 |
| Rabobank, N.A. | 2600-000 | N/A | 60.39 | 60.39 | 60.39 |
| Rabobank, N.A. | 2600-000 | N/A | 58.29 | 58.29 | 58.29 |
| Rabobank, N.A. | 2600-000 | N/A | 66.24 | 66.24 | 66.24 |
| Rabobank, N.A. | 2600-000 | N/A | 58.12 | 58.12 | 58.12 |
| Rabobank, N.A. | 2600-000 | N/A | 64.04 | 64.04 | 64.04 |
| US TREASURY | 2810-000 | N/A | 5,566.00 | 5,566.00 | 5,566.00 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 4,151.00 | 4,151.00 | 4,151.00 |
| US TREASURY | 2810-000 | N/A | -105.49 | -105.49 | -105.49 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TREASURER OF STATE OF ILLINOIS | 2820-000 | | N/A | -274.19 | -274.19 | -274.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $94,216.01 | $94,216.01 | $94,216.01 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 6,611.31 | 6,611.31 | 2,610.17 |
| 3P | Department of the Treasury-IRS | 5800-000 | N/A | 46,047.99 | 46,047.99 | 18,179.95 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $52,659.30 | $52,659.30 | $20,790.12 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 806.90 | 806.90 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 3,760.18 | 3,760.18 | 0.00 |
| 3U | Department of the Treasury-IRS | 7100-000 | N/A | 5,353.74 | 5,353.74 | 0.00 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 24,874.98 | 24,874.98 | 0.00 |
| 5 | Chase Bank USA NA | 7100-000 | N/A | 45,596.13 | 45,596.13 | 0.00 |
| 6 | Mark T Hickey Esq | 7100-000 | N/A | 9,233.35 | 9,233.35 | 0.00 |
| 7 -2 | Korngoot Real Estate Holdings 1, LLC | 7100-000 | N/A | 112,399.17 | 112,339.17 | 0.00 |
| 9 | K2 Development LLC, II | 7100-000 | N/A | 1,132,575.90 | 1,132,575.90 | 0.00 |
| 10 | Evergreen Funding, Inc. | 7100-000 | N/A | 267,428.60 | 267,428.60 | 0.00 |
| 11 | Ian Braunstein | 7100-000 | N/A | 38,000.00 | 38,000.00 | 0.00 |
| 12 | Robert Sugar | 7100-000 | N/A | 28,000.00 | 28,000.00 | 0.00 |
| 13 | Betty Jones | 7100-000 | N/A | 2,000.00 | 2,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $1,670,028.95 | $1,669,968.95 | $0.00 |
|---|---|---|---|---|

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/09/10 (f)  
**§341(a) Meeting Date:** 09/08/10  

**Period Ending:** 06/26/15  

**Claims Bar Date:** 10/11/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 20533 Abbey Drive, Frankfort, IL | 850,000.00 | 0.00 | | 0.00 | FA |
| 2 | 100 Grant, Frankfort, IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 3 | 16600 LaGrange Road, Orland Park | Unknown | 0.00 | | 0.00 | FA |
| 4 | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account - Charter Bank | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Checing Account - JP Morgan Chase | 430.00 | 0.00 | | 0.00 | FA |
| 7 | Savings Account - Joint - JP Morgan Chase | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Misc Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Ring & Watch | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Country Companies - term life | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Stocks & Interests | Unknown | 0.00 | | 0.00 | FA |
| 13 | Claim against Waldemar Parez - 1999 Ford F150 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Claim against Shilling Brothers Lumber Yard | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 15 | Claim against MV Transport | Unknown | 5,000.00 | | 0.00 | FA |
| 16 | Claim against K2 Development LLC & K Finkelstein | Unknown | 115,000.00 | | 115,000.00 | FA |
| 17 | 1976 Delta 88 | 100.00 | 0.00 | | 0.00 | FA |
| 18 | 2008 BMW 335 | 18,475.00 | 16,075.00 | | 0.00 | FA |
| 19 | 1994 FQ48 Tilt Tandem Trailer | 300.00 | 0.00 | | 0.00 | FA |
| 20 | 2000 GMAC 3500 Base Truck | 5,000.00 | 0.00 | | 0.00 | FA |
| 21 | TCF Bank Account | 100.00 | 0.00 | OA | 0.00 | FA |
| 22 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.13 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$1,239,230.00** | **$146,075.00** | | **$115,006.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

All matters being appealed to District Court & 7th Circuit; EMPLOYING ACCOUNTANT; ORDER ENTERED EMPLOYING ACCOUNTANT FEBRUARY 21, 2014; TAX RETURNS TO BE PREPARED AND FINAL REPORT TO FOLLOW; FINAL HEARING SET FOR 2/13/15

Printed: 06/26/2015 09:56 AM    V.13.23

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/09/10 (f)  
**§341(a) Meeting Date:** 09/08/10  

**Period Ending:** 06/26/15  
**Claims Bar Date:** 10/11/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   January 5, 2015  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  
**Taxpayer ID #:** \*\*-\*\*\*0572  
**Period Ending:** 06/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** \*\*\*\*-\*\*\*\*\*\*68-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | per court order of July 11, 2011 DEPOSIT CHECK #9229812455 | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9229812456 | 1129-000 | 10,000.00 | | 20,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9229812457 | 1129-000 | 10,000.00 | | 30,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9229812458 | 1129-000 | 10,000.00 | | 40,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9118004659 | 1129-000 | 10,000.00 | | 50,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9118004660 | 1129-000 | 10,000.00 | | 60,000.00 |
| 07/12/11 | {16} | JPMorgan Chase Bank NA | Per court order of July 11, 2011 DEPOSIT CHECK #9118004661 | 1129-000 | 5,000.00 | | 65,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173026 | 1129-000 | 15,000.00 | | 80,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173027 | 1129-000 | 2,000.00 | | 82,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173028 | 1129-000 | 2,000.00 | | 84,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173029 | 1129-000 | 2,000.00 | | 86,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173030 | 1129-000 | 2,000.00 | | 88,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173031 | 1129-000 | 2,000.00 | | 90,000.00 |
| 07/12/11 | {16} | The Private Bank | Per court order of July 11, 2011 DEPOSIT CHECK #173032 | 1129-000 | 5,000.00 | | 95,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634208-9 | 1129-000 | 5,000.00 | | 100,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634209-7 | 1129-000 | 5,000.00 | | 105,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634210-5 | 1129-000 | 5,000.00 | | 110,000.00 |
| 07/12/11 | {16} | Charter One | Per court order of July 11, 2011 DEPOSIT CHECK #30634211-3 | 1129-000 | 5,000.00 | | 115,000.00 |
| 07/29/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 115,000.59 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 126.03 | 114,874.56 |

Subtotals :    $115,000.59    $126.03

{} Asset reference(s)

Printed: 06/26/2015 09:56 AM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  

**Taxpayer ID #:** **-***0572  
**Period Ending:** 06/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******68-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 114,875.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 267.55 | 114,607.98 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -7.88 | 114,615.86 |
| 09/30/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.94 | | 114,616.80 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 235.50 | 114,381.30 |
| 10/31/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.97 | | 114,382.27 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 227.19 | 114,155.08 |
| 11/30/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.93 | | 114,156.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 250.23 | 113,905.78 |
| 12/30/11 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.96 | | 113,906.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 234.05 | 113,672.69 |
| 01/26/12 | {22} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.77 | | 113,673.46 |
| 01/26/12 | | Transfer to Acct #9010013333 | Bank Funds Transfer | 9999-000 | | 113,673.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 115,006.13 | 115,006.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 113,673.46 | |
| | | | **Subtotal** | | 115,006.13 | 1,332.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$115,006.13** | **$1,332.67** | |

{} Asset reference(s)

Printed: 06/26/2015 09:56 AM   V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  
**Taxpayer ID #:** **-***0572  
**Period Ending:** 06/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Capital One  
**Account:** ********33 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/26/12 | | Transfer from Acct #009322566865 | Bank Funds Transfer | | 9999-000 | 113,673.46 | | 113,673.46 |
| 12/27/12 | 1001 | LEVENFELD & PEARLSTEIN, LLC | Per court order 12/21/12 Fees & Costs | | | | 62,181.45 | 51,492.01 |
| 12/27/12 | | | Fees | 61,917.00 | 3210-000 | | | 51,492.01 |
| 12/27/12 | | | Expenses | 264.45 | 3220-000 | | | 51,492.01 |
| 01/10/13 | 1002 | THOMAS B. SULLIVAN, BANKRUPTCY TRUS | Trustee reassignment transfer | | 9999-000 | | 51,492.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 113,673.46 | 113,673.46 | **$0.00** |
| | | | Less: Bank Transfers | | | 113,673.46 | 51,492.01 | |
| | | | **Subtotal** | | | **0.00** | **62,181.45** | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$62,181.45** | |

{} Asset reference(s)                                               Printed: 06/26/2015 09:56 AM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  
**Taxpayer ID #:** **-***0572  
**Period Ending:** 06/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | BRADLEY J WALLER | TRANSFER OF FUNDS FROM PREVIOUS TRSUTEE | 9999-000 | 51,492.01 | | 51,492.01 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.21 | 51,469.80 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.09 | 51,400.71 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.46 | 51,329.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.74 | 51,250.51 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.17 | 51,174.34 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.69 | 51,105.65 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.85 | 51,024.80 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.38 | 50,951.42 |
| 09/06/13 | 101 | ROBBINS, SALOMON & PATT, LTD. | COMPENSATION TO ATTY FOR TRUSTEE | 3210-000 | | 8,430.00 | 42,521.42 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.37 | 42,457.05 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.18 | 42,389.87 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.90 | 42,332.97 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.97 | 42,266.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.81 | 42,203.19 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-30688, BOND#016026455 | 2300-000 | | 35.40 | 42,167.79 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.63 | 42,111.16 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.55 | 42,052.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.52 | 41,988.09 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.39 | 41,927.70 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.29 | 41,869.41 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.24 | 41,803.17 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.12 | 41,745.05 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.04 | 41,681.01 |
| 10/07/14 | 103 | US TREASURY | 2011 1041/FEIN 38-6990572 | 2810-000 | | 5,566.00 | 36,115.01 |
| 10/07/14 | 104 | ILLINOIS DEPT OF REVENUE | 2011 IL-1041/FEIN 38-6990572 | 2820-000 | | 4,151.00 | 31,964.01 |
| 11/10/14 | 105 | ILLINOIS DEPT OF REVENUE | 2011 IL-1041/FEIN 38-6990572 Voided on 02/24/15 | 2820-000 | | 273.61 | 31,690.40 |
| 02/24/15 | 105 | ILLINOIS DEPT OF REVENUE | 2011 IL-1041/FEIN 38-6990572 Voided: check issued on 11/10/14 | 2820-000 | | -273.61 | 31,964.01 |
| 03/12/15 | 106 | Alan D. Lasko | FEES & EXPENSES TO ACCOUNTANT | | | 2,553.26 | 29,410.75 |
| | | | | 3410-000 | 2,514.79 | | 29,410.75 |
| | | | | 3420-000 | 38.47 | | 29,410.75 |

Subtotals :     $51,492.01     $22,081.26

{} Asset reference(s)            Printed: 06/26/2015 09:56 AM    V.13.23

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-30688-BB  
**Case Name:** BRAUNSTEIN, KIM JAY  
**Taxpayer ID #:** **-***0572  
**Period Ending:** 06/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/15 | 107 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,000.31, Trustee Compensation; Reference: | 2100-000 | | 3,000.31 | 26,410.44 |
| 04/16/15 | 108 | BRAD WALLER | Dividend paid 100.00% on $6,000.00, Trustee Compensation; Reference: | 2100-000 | | 6,000.00 | 20,410.44 |
| 04/16/15 | 109 | Illinois Department of Revenue | Dividend paid 38.75% on $6,611.31; Claim# 1P; Filed: $6,611.31; Reference: Voided on 04/24/15 | 5800-000 | | 2,562.51 | 17,847.93 |
| 04/16/15 | 110 | Department of the Treasury-IRS | Dividend paid 38.75% on $46,047.99; Claim# 3P; Filed: $46,047.99; Reference: Voided on 04/24/15 | 5800-000 | | 17,847.93 | 0.00 |
| 04/24/15 | 109 | Illinois Department of Revenue | Dividend paid 38.75% on $6,611.31; Claim# 1P; Filed: $6,611.31; Reference: Voided: check issued on 04/16/15 | 5800-000 | | -2,562.51 | 2,562.51 |
| 04/24/15 | 110 | Department of the Treasury-IRS | Dividend paid 38.75% on $46,047.99; Claim# 3P; Filed: $46,047.99; Reference: Voided: check issued on 04/16/15 | 5800-000 | | -17,847.93 | 20,410.44 |
| 04/27/15 | | US TREASURY | refund | 2810-000 | | -105.49 | 20,515.93 |
| 04/27/15 | | TREASURER OF STATE OF ILLINOIS | refund | 2820-000 | | -274.19 | 20,790.12 |
| 04/27/15 | 111 | Illinois Department of Revenue | Dividend paid 39.48% on $6,611.31; Claim# 1P; Filed: $6,611.31; Reference: | 5800-000 | | 2,610.17 | 18,179.95 |
| 04/27/15 | 112 | Department of the Treasury-IRS | Dividend paid 39.48% on $46,047.99; Claim# 3P; Filed: $46,047.99; Reference: | 5800-000 | | 18,179.95 | 0.00 |

|  |  | ACCOUNT TOTALS | 51,492.01 | 51,492.01 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 51,492.01 | 0.00 | |
|  |  | **Subtotal** | **0.00** | **51,492.01** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$51,492.01** | |

Net Receipts: 115,006.13  
Net Estate: $115,006.13

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ****-******68-65 | 115,006.13 | 1,332.67 | 0.00 |
| Checking # ********33 | 0.00 | 62,181.45 | 0.00 |
| Checking # ******8466 | 0.00 | 51,492.01 | 0.00 |
| | $115,006.13 | $115,006.13 | $0.00 |

{} Asset reference(s)

Printed: 06/26/2015 09:56 AM    V.13.23